IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAMION BRIDGEFORTH**                                                                           **PLAINTIFF**
Reg #31050-009

v.                                         Case No: 4:23-CV-00637-LPR

**DOE**                                                                                                    **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD and careful consideration of the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice due to a lack of prosecution, and this case is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 9th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 4.

[2] One small exception applies. Because the Court is dismissing Plaintiff's case without prejudice, the Court will not enter Judgment in the respondent's favor.