IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAMION BRIDGEFORTH**                                                                                   **PLAINTIFF**
Reg #31050-009

v.                              Case No: **4:23-CV-00637-LPR**

**DOE**                                                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 9th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE